# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIKA G. HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-104 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| ATCO INDUSTRIES, INC., | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiff's complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

Honorable John T. Nixon
United States District Judge

Approved for Entry:

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff


s/Samuel L. Jackson
Samuel L. Jackson (BPR No. 21541)
Lewis, King, Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
Nashville, Tennessee 37219
(615) 259-1366

Attorneys for Defendant