IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIKA G. HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00104 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| ATCO INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties to this action have filed an Agreed Order of Dismissal in the above-captioned case. (Doc. No. 17.) According to a November 21, 2012, Order by Magistrate Judge Griffin, the parties reached a resolution to the case at a settlement conference in November. (Doc. No. 16.) As a result, they now request the Court dismiss all of Plaintiff Erika Henry's claims with prejudice. (Doc. No. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this \_\_\_13\_\_\_ day of December, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT