UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ERIKA G. HENRY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12CV00104 |
| | ) | Judge Nixon |
| v. | ) | |
| ATCO INDUSTRIES, INC. | ) | |
| Defendant. | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 13, 2012.

KEITH THROCKMORTON, CLERK

s/   Hannah Blaney